1052

[No. 33037-1-III.   Division Three.   July 7, 2016.]
DEBORAH BURKSFIELD ET AL., *Appellants*, v. LARRY SALI ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-2-01268-8, Michael G. McCarthy, J., entered December 12, 2014. *Affirmed* by unpublished opinion per Fearing, C.J., concurred in by Korsmo and Siddoway, JJ.

[No. 33169-5-III.   Division Three.   July 7, 2016.]
THE STATE OF WASHINGTON, *Respondent*, v. RAMON MORFIN JR.,
*Appellant*.

Appeal from a judgment of the Superior Court for Franklin County, No. 11-1-50461-1, Alex Ekstrom, J., entered February 25, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[Nos. 33176-8-III; 33630-1-III.   Division Three.   July 7, 2016.]
WASHINGTON FEDERAL, NATIONAL ASSOCIATION, *Appellant*, v.
AZURE CHELAN LLC, *Respondent*.

Appeals from a judgment of the Superior Court for Chelan County, No. 14-2-00591-6, Lesley A. Allan, J., entered January 29, 2015. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Siddoway and Pennell, JJ. Now published at 195 Wn. App. 644.

[No. 33305-1-III.   Division Three.   July 7, 2016.]
KIMBERLY MAY, *Respondent*, v. MARK SCOPA, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 15-2-00655-7, Joseph R. Schneider, J. Pro Tem., entered April 3, 2015. *Dismissed* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Pennell, J.